181 So.2d 782

**Mrs. C. C. TEBBETTS**

v.

**MARQUETTE CASUALTY COMPANY et al.**

No. 47994.

Jan. 20, 1966.

In re: Mrs. C. C. Tebbetts applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 180 So.2d 45.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.

181 So.2d 782

**Corrie C. PENNINGTON**

v.

**F. O. JORDAN, d/b/a River Jordan Pools, Inc., et al.**

No. 48022.

Jan. 20, 1966.

HAMITER, J., is of the opinion that the writ should be granted only with respect to assignment A.